433 A.2d 115

Commonwealth v. Kirkpatrick, Appellant.

Submitted December 6, 1979. Brian S. Quinn, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

We affirm the order of Judge Toal dated March 23, 1979 denying appellant's post conviction hearing petition.